Jacob S. Disston, Waldron J. Cheyney, John K. Cheyney, Joseph M. Parsons and Merrick Whitcomb, partners doing business under the firm name and style of The Anclote and Rock Island Sponge Company, Plaintiffs in Error, vs. The J. R. Tyson Company, a corporation under the laws of Florida, Defendant in Error.

Writ of error to Circuit Court Hillsborough county.

*Geo. P. Raney, William Hunter and Gunby & Gibbons*, for Plaintiffs in Error.

*Shackleford & Pettingill*, for Defendant in Error.

This action was brought by the defendant in error against the plaintiffs in error. There was judgment for the plaintiff, and the defendants take writ of error. The judgment is affirmed.

Decision Per Curiam.

Petition for rehearing denied December 17, 1898.